## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| KANE COUNTY, UTAH, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 17-739C |
| v. | ) ) | (Judge Elaine D. Kaplan) |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) ) | |

## MOTION FOR WITHDRAWAL OF KATHLEEN H. BARRON AS COUNSEL FOR PLAINTIFFS

Plaintiffs Kane County, Utah, individually and on behalf of all other similarly situated, hereby move this Court to allow the withdrawal of Kathleen H. Barron as one of its counsel in the above-captioned case. Alan I. Saltman will continue to represent the Named Plaintiffs in this matter.

Respectfully submitted,

s/Alan I. Saltman
Alan I. Saltman
SMITH, CURRIE & HANCOCK LLP
1025 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036
(202) 452-2140
(202) 775-8217 – facsimile
Email: aisaltman@saltmanandstevens.com

Counsel for Plaintiffs

Dated:  June 27, 2017